■ In the Matter of JAMES A. McTIERNAN, Appellant, v CITY OF ROCHESTER et al., Respondents. [771 NYS2d 432]—Appeal from a judgment (denominated order) of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered May 28, 2003 in a proceeding pursuant to CPLR article 78. The judgment dismissed the amended petition as time-barred.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court. Present— Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.